**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> FTW LAW GROUP <br> Felix T. Woo, Esq. (SBN 208107) <br> 601 South Figueroa Street, Suite 1950 <br> Los Angeles, California 90017 <br> TELEPHONE NO.: (213) 335-3960   FAX NO. *(Optional)*: (213) 344-4498 <br> E-MAIL ADDRESS *(Optional)*: fwoo@ftwlawgroup.com <br> ATTORNEY FOR *(Name)*: Plaintiff SHANGHAI XUANNI TECHNOLOGY CO., LTD. | FOR COURT USE ONLY |
|---|---|
| **United States District Court** <br> STREET ADDRESS: 350 West 1st Street <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Los Angeles, California 90012 <br> BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |

| PLAINTIFF/PETITIONER: SHANGHAI XUANNI TECHNOLOGY CO., etc. | CASE NUMBER: <br> 2:20-cv-07467 ODW (AFMx) |
|---|---|
| DEFENDANT/RESPONDENT: CITY POCKET LOS ANGELES, INC., etc., et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 1876837KQ |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: First Amended Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program
3. a. Party served *(specify name of party as shown on documents served)*:
   
   B&F FEDELINI INC., a California corporation

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   
   Farhad Sadian, Agent for Service of Process

4. Address where the party was served:
   5618 Amorita Place, Woodland Hills, California 91367
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 09/01/2020   (2) at *(time)*: 6:31 p.m.
   b. ☐ **by substituted service.** On *(date)*:        at *(time)*:        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:        from *(city)*:        or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| PLAINTIFF/PETITIONER: SHANGHAI XUANNI TECHNOLOGY CO., etc. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: CITY POCKET LOS ANGELES, INC., etc., et al. | 2:20-cv-07467 ODW (AFMx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*         (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☑ On behalf of *(specify):* B&F FEDELINI INC., a California corporation
       under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
                                     ☑ other: FRCP 4(h)(1)

7. **Person who served papers**
    a. Name: Michael Hayes-Cooper, III, Ace Attorney Service, Inc.
    b. Address: 811 Wilshire Boulevard, Suite 900, Los Angeles, California 90017
    c. Telephone number: (213) 623-3979
    d. **The fee** for service was: $
    e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☑ a registered California process server:
          (i) ☐ owner ☑ employee ☐ independent contractor.
          (ii) Registration No.: 2020030455
          (iii) County: LOS ANGELES

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: September 3, 2020

MICHAEL HAYES-COOPER, III          ▶ *[signature]*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)