POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| FTW LAW GROUP<br>Felix T. Woo, Esq. (SBN 208107)<br>601 South Figueroa Street, Suite 1950<br>Los Angeles, California 90017<br>TELEPHONE NO.: (213) 335-3960   FAX NO. *(Optional)*: (213) 344-4498<br>E-MAIL ADDRESS *(Optional)*: fwoo@ftwlawgroup.com<br>ATTORNEY FOR *(Name)*: Plaintiff SHANGHAI XUANNI TECHNOLOGY CO., LTD. | |

United States District Court
STREET ADDRESS: 350 West 1st Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: SHANGHAI XUANNI TECHNOLOGY CO., etc.

DEFENDANT/RESPONDENT: CITY POCKET LOS ANGELES, INC., etc., et al.

CASE NUMBER: 2:20-cv-07467 ODW (AFMx)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 1879165R

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [ ] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: First Amended Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program
3. a. Party served *(specify name of party as shown on documents served)*:
   CITY POCKET LOS ANGELES, INC.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Morad Matrian, Agent for Service of Process

4. Address where the party was served:
   137 South Reeves Drive, Apartment 405, Beverly Hills, California 90212
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 09/05/2020 at *(time)*: 3:56 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   "Jane Doe" (Middle Eastern female, 60 yrs., 5'5", 120 lbs., Brown eyes, Black and Gray hair), Occupant
   
   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (2) [✓] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
   (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 09/05/20 from *(city)*: LOS ANGELES    or [ ] a declaration of mailing is attached.
   
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: SHANGHAI XUANNI TECHNOLOGY CO., etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CITY POCKET LOS ANGELES, INC., etc., et al. | 2:20-cv-07467 ODW (AFMx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:      (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: CITY POCKET LOS ANGELES, INC.
    under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
      ☑ other: FCRP 4(h)(1)

7. **Person who served papers**
  a. Name: Erika Garcia, Ace Attorney Service, Inc.
  b. Address: 811 Wilshire Boulevard, Suite 900, Los Angeles, California 90017
  c. Telephone number: (213) 623-3979
  d. **The fee** for service was: $ 56.50
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner ☑ employee ☐ independent contractor.
      (ii) Registration No.: 2019206319
      (iii) County: LOS ANGELES

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: September 11, 2020

ERIKA GARCIA
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

# DECLARATION OF DUE DILIGENCE

CASE NAME:    SHANGHAI XUANNI TECHNOLOGY CO., etc.
v.
CITY POCKET LOS ANGELES, INC., etc., et al.

CASE NUMBER:    2:20-cv-07467 ODW (AFMx)

I and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I received the within process on *August 28, 2020* and after due diligent effort, I have been unable to effect personal service of the following documents on the within named: **SUMMONS; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

Name:    **MORAD MATIAN, a/k/a MORAD MATYAN**

Residence Address:    **137 South Reeves Drive, Apartment 405
Beverly Hills, California 90212**

Dates and times of attempts with reported detail is listed below.

| Date | Time | Location | Server | Result |
| --- | --- | --- | --- | --- |
| 08/30/20 | 7:00 p.m. | Residence | R. Garcia | I arrived at the address given for service of process. The address corresponds to an apartment in a secured complex. The subject's last name listed on the callbox for apartment 405. I was able to gain access. I knocked on the door but received no response. I went back to the callbox and called the residence. A male voice answered and when I explained the I had personal delivery he acted as if though he could no longer hear me. |
| 09/01/20 | 7:24 p.m. | Residence | E. Garcia | I arrived at the address given for service of process. I was able to gain access. Posted on the door was a rental payment past due notice addressed to the subject. I knocked on the door and heard someone say "hello" but did not open the door. I asked for the subject and the voice stated no one by the subject's name lives at this location. I explained I knew the subject lived at this location and needed to open the door. I was then approached by security asked to leave and told no one by the subject's name lives at this location. I pointed at the notice and let the female security guard know that they are lying to a registered Los Angeles County process server and she started speaking another language and claiming to not speak English. |
| 09/05/20 | 3:56 p.m. | Residence | E. Garcia | I arrived at the address given for service of process. I substituted service on "Jane Doe" (Middle Eastern female, 60 yrs., 5'5", 120 lbs., Brown eyes, Black and Gray hair), Occupant, on behalf of MORAD MATIAN, a/k/a MORAD MATYAN. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this *11th* day of *September 2020* at *Los Angeles, California*.

Process Server for
**Ace Attorney Service, Inc.**
811 Wilshire Boulevard, Suite 900
Los Angeles, California 90017

_____
Rosemary Garcia

_____
Erika Garcia