AMID T. BAHADORI (SBN 242351)
**BAHADORI LAW GROUP, PC**
4 Corporate Plaza, Suite 150
Santa Ana, CA 92660
Tel: (949) 954-8164
Fax: (949) 954-8163
ATB@Bahadorilaw.com

Attorneys for Defendants, Pedram Shamekh
and NER Precious Metals, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI XUANNI TECHNOLOGIES CO., LTD., a Chinese company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY POCKET LOS ANGELES, INC., a California corporation, MORAD MATIAN, a/k/a MORAD MATYAN, an individual, B&F FEDELINI, INC., a California corporation, and FARHAD SADIAN, a/k/a FRED SADIAN, an individual,<br><br>Defendants | CASE NO: 2:20-cv-07467-ODW-AFM<br><br>**DEFENDANTS PEDRAM SHAHMEKH'S ANSWER TO COMPLAINT** |

**TO THE COURT AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

Defendant Pedram Shamekh (hereinafter "PS" or "Defendant") by and through his undersigned counsel, hereby responds to the Complaint filed by Plaintiff Shanghai Xuanni Technologies Co., Ltd (hereinafter "Plaintiff").

## ANSWER

1. Defendant has insufficient information to admit or deny the allegations contained in paragraph 1 of the Complaint.

2. Defendant has insufficient information to admit or deny the allegations contained in paragraph 2 of the Complaint.

3. Defendant has insufficient information to admit or deny the allegations contained in paragraph 3 of the Complaint.

4. Defendant Admits the allegations contained in paragraph 4 of the Complaint.

5. Defendant Admits the allegations contained in paragraph 5 of the Complaint.

6. Defendant has insufficient information to admit or deny the allegations contained in paragraph 6 of the Complaint.

7. Defendant has insufficient information to admit or deny the allegations contained in paragraph 7 of the Complaint.

8. Defendant neither Admits nor denies the allegations contained in paragraph 8 of the Complaint.

9. Defendant neither Admits nor denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant has insufficient information to admit or deny the most of the allegations contained in paragraph 10 of the Complaint but is does

Deny that Defendant knew any of the other defendants in this action other than NER Precious Metals, Inc., which is Defendant's company.

11. Defendant is unable to admit or deny the allegations contained in paragraph 11 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.

12. Defendant is unable to admit or deny the allegations contained in paragraph 12 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.

13. Defendant is unable to admit or deny the allegations contained in paragraph 13 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about. Defendant Admits that it did pay a deposit for goods ordered from Plaintiff.

14. Defendant is unable to admit or deny the allegations contained in paragraph 14 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.

15. Defendant is unable to admit or deny the allegations contained in paragraph 15 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.

16. Defendant neither denies nor admits the allegations contained in paragraph 16 of the Complaint as it does not involve Defendant.

17. Defendant neither denies nor admits the allegations contained in paragraph 17 as it involves a separate defendant, however Defendant is informed that his company did receive goods from Plaintiff, however denies the amounts alleged.

18. Defendant neither denies nor admits the allegations contained in paragraph 18 of the Complaint as it does not involve Defendant.

19. Defendant is unable to admit or deny the allegations contained in paragraph 19 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.

20. Defendant is unable to admit or deny the allegations contained in paragraph 20 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.  Defendant does admit that he and his company experienced final hardship due to the COVID-19 crisis.

21. Defendant is unable to admit or deny the allegations contained in paragraph 21 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.

22. Defendant is unable to admit or deny the allegations contained in paragraph 22 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about. Defendant Denies any of the allegations about Defendant being involved in a scam.

23. Defendant Denies the allegations of paragraph 23 of the Complaint.

24. Defendant Denies the allegations of paragraph 24 of the Complaint.

25. Defendant Denies the allegations of paragraph 25 of the Complaint.

26. Defendant Denies the allegations of paragraph 26 of the Complaint.

27-61. Defendant neither admits nor denies the allegations in paragraphs 27-61 as the allegations are not as to Defendant.

62. Defendant admits that he is the owner of NER but denies all other allegations made in paragraph 62 of the Complaint.

63. Defendant denies the allegations of paragraph 63 of the Complaint.

64. Defendant admits that he was waiting for client payments but denies all other allegations of paragraph 64.

65. Defendant denies the allegations of paragraph 65 of the Complaint.

66. Defendant denies the allegations of paragraph 66 of the Complaint.

67. Defendant denies the allegations of paragraph 67 of the Complaint.

68-84. Defendant neither admits nor denies the allegations in paragraphs 68-84 as the allegations are not as to Defendant.

85. Defendant denies the allegations of paragraph 85 of the Complaint.

86. Defendant admits the allegations of paragraph 86 of the Complaint.

87. Defendant denies the allegations of paragraph 87 of the Complaint.

88. Defendant denies the allegations of paragraph 88 of the Complaint.

89. Defendant denies the allegations of paragraph 89 of the Complaint.

90. Defendant denies the allegations of paragraph 90 of the Complaint.

91.   Defendant denies the allegations of paragraph 91 of the Complaint.

92.   Defendant denies the allegations of paragraph 92 of the Complaint.

93-101. Defendant neither admits nor denies the allegations in paragraphs 93-101 as the allegations are not as to Defendant.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for:

1. That the Court deny Plaintiffs prayer for relief in its entirety and that the Court enter judgment in Defendant's favor;
2. That the Court award Defendant its costs and expenses incurred in this action and attorneys' fees as permitted by law, plus interest; and
3. That the Court award Defendant such other relief that it deems appropriate

Dated: 9/25/20                              BAHADORI LAW GROUP, PC


                                            By:  */s/ Amid T. Bahadori*
                                            AMID T. BAHADORI
                                            Attorneys for Defendant Pedram Shamekh