AMID T. BAHADORI (SBN 242351)
**BAHADORI LAW GROUP, PC**
4 Corporate Plaza, Suite 150
Santa Ana, CA 92660
Tel: (949) 954-8164
Fax: (949) 954-8163
ATB@Bahadorilaw.com

Attorneys for Defendants, City Pocket Los Angeles, Inc., Morad Matian, Pedram Shamekh and NER Precious Metals, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI XUANNI TECHNOLOGIES CO., LTD., a Chinese company, | CASE NO: 2:20-cv-07467-ODW-AFM |
| Plaintiff, | **DEFENDANT CITY POCKET LOS ANGELES, INC.'S ANSWER TO FIRST AMENDED COMPLAINT** |
| vs. | |
| CITY POCKET LOS ANGELES, INC., a California corporation, MORAD MATIAN, a/k/a MORAD MATYAN, an individual, NER PRECIOUS METALS, INC. a California corporation, PEDRAM SHAMEKH, an individual, B&F FEDELINI, INC., a California corporation, and FARHAD SADIAN, a/k/a FRED SADIAN, an individual, | |
| Defendants | |

**TO THE COURT AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

Defendant CITY POCKET LOS ANGELES, INC. (hereinafter "CPLA" or "Defendant") by and through its undersigned counsel, hereby responds to the

Complaint filed by Plaintiff Shanghai Xuanni Technologies Co., Ltd (hereinafter "Plaintiff").

### **ANSWER**

1.      Defendant has insufficient information to admit or deny the allegations contained in paragraph 1 of the Complaint.

2.      Defendant admits to the allegations contained in paragraph 2 of the Complaint.

3.      Defendant admits to the allegations contained in paragraph 3 of the Complaint.

4.      Defendant has insufficient information to admit or deny the allegations contained in paragraph 4 of the Complaint.

5.      Defendant has insufficient information to admit or deny the allegations contained in paragraph 5 of the Complaint.

6.      Defendant has insufficient information to admit or deny the allegations contained in paragraph 6 of the Complaint.

7.      Defendant has insufficient information to admit or deny the allegations contained in paragraph 7 of the Complaint.

8.      Defendant neither Admits nor denies the allegations contained in paragraph 8 of the Complaint.

9.      Defendant neither Admits nor denies the allegations contained in paragraph 9 of the Complaint.

10.     Defendant has insufficient information to admit or deny the most of the allegations contained in paragraph 10 of the Complaint but it does Deny that Defendant knew any of the other defendants in this action other than Morad Matian, which is Defendant's owner.

11.     Defendant is unable to admit or deny the allegations contained in paragraph 11 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.

12.     Defendant is unable to admit or deny the allegations contained in paragraph 12 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.

13.     Defendant is unable to admit or deny the allegations contained in paragraph 13 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about. Defendant Admits that it did pay a deposit for goods ordered from Plaintiff.

14.     Defendant is unable to admit or deny the allegations contained in paragraph 14 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.

15.     Defendant is unable to admit or deny the allegations contained in paragraph 15 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.

16.     Defendant denies the allegations set forth in Paragraph 16 of the Complaint in so far the amounts are in dispute.

17.     Defendant neither denies nor admits the allegations contained in paragraph 17 as it involves a separate defendant.

18.     Defendant neither denies nor admits the allegations contained in paragraph 18 of the Complaint as it does not involve Defendant.

19.     Defendant is unable to admit or deny the allegations contained in paragraph 19 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.

20.     Defendant is unable to admit or deny the allegations contained in paragraph 20 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.  Defendant does admit that it experienced final hardship due to the COVID-19 crisis.

21.     Defendant is unable to admit or deny the allegations contained in paragraph 21 of the Complaint as it contains facts about multiple parties, which Defendant has no knowledge about.

22.     Defendant is unable to admit or deny the allegations contained in paragraph 22 of the Complaint as it contains facts about multiple parties,

which Defendant has no knowledge about. Defendant Denies any of the allegations about Defendant or its owner being involved in a scam.

23.     Defendant Denies the allegations of paragraph 23 of the Complaint.

24.     Defendant Denies the allegations of paragraph 24 of the Complaint.

25.     Defendant Denies the allegations of paragraph 25 of the Complaint.

26.     Defendant Denies the allegations of paragraph 26 of the Complaint.

27.     Defendant neither admits nor denies the allegations in paragraph 27 as it is not a paragraph requiring a response.

28.     Defendant denies the allegations of paragraph 28 of the Complaint as to the amounts alleged.

29.     Defendant denies the allegations of paragraph 29 of the Complaint as to the amounts alleged.

30.     Defendant denies the allegations of paragraph 30 of the Complaint.

31-38.     Defendant neither admits nor denies the allegations in paragraphs 31-38 as the allegations are not as to Defendant.

39.     Defendant neither admits nor denies the allegations in paragraph 39 as it is not a paragraph requiring a response.

40.     Defendant denies the allegations of paragraph 40 of the Complaint as to the amounts alleged.

41.     Defendant denies the allegations of paragraph 41 of the Complaint as to the amounts alleged.

42.     Defendant denies the allegations of paragraph 42 of the Complaint as to the amounts alleged.

43.     Defendant denies the allegations of paragraph 43 of the Complaint.

44-53.  Defendant neither admits nor denies the allegations in paragraphs 44-53 as the allegations are not as to Defendant.

54.     Defendant neither admits nor denies the allegations of paragraph 54 of the Complaint as it is not a paragraph requiring a response.

55.     Defendant denies the allegations of paragraph 55 of the Complaint.

56.     Defendant denies the allegations of paragraph 56 of the Complaint.

57.     Defendant denies the allegations in paragraph 57 of the Complaint.

58.     Defendant denies the allegations of paragraph 58 of the Complaint.

59.     Defendant denies the allegations of paragraph 59 of the Complaint.

60.     Defendant denies the allegations of paragraph 60 of the Complaint.

61-74. Defendant neither admits nor denies the allegations in paragraphs 61-74 as the allegations are not as to Defendant.

75.     Defendant neither admits nor denies the allegations in paragraph 75 as it is a paragraph not requiring a response.

76.     Defendant denies the allegations of paragraph 76 of the Complaint in so much as it implies or alleges that individual defendant Morad is the alter ego or CPLA.

77.     Defendant admits the allegations of paragraph 77 of the Complaint.

78.    Defendant denies the allegations of paragraph 78 of the Complaint.

79.    Defendant denies the allegations of paragraph 79 of the Complaint.

80.    Defendant denies the allegations of paragraph 80 of the Complaint.

81.    Defendant denies the allegations of paragraph 81 of the Complaint

82.    Defendant denies the allegations of paragraph 82 of the Complaint.

83.    Defendant denies the allegations of paragraph 83 of the Complaint.

84-101. Defendant neither admits nor denies the allegations in paragraphs

84-101 as the allegations are not as to Defendant.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for:

1.    That the Court deny Plaintiffs prayer for relief in its entirety and that the Court enter judgment in Defendant's favor;

2.    That the Court award Defendant its costs and expenses incurred in this action and attorneys' fees as permitted by law, plus interest; and

3.    That the Court award Defendant such other relief that it deems appropriate

Dated: 10/15/20                         BAHADORI LAW GROUP, PC


                                        By:   /s/ Amid T. Bahadori

                                        AMID T. BAHADORI

                                        Attorneys for Defendants CPLA and Morad

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28