**Payment Due Summary**

| Buyer | Exporting Date | Amount Receivable | Deposit Received | Deposit Payment Date | Amount Due |
|---|---|---|---|---|---|
| B&F FEDELINI INC | 2019-08-21 | $114,942.03 | $45,988.50 | 9/2/2019 | $183,953.97 |
| B&F FEDELINI INC | 2019-08-21 | $115,000.44 | | | |
| | | $229,942.47 | | | |
| NER PRECIOUS METALS INC | 2019-08-14 | $114,392.74 | $22,943.98 | 8/26/2019 | $206,495.81 |
| NER PRECIOUS METALS INC | 2019-08-14 | $115,047.05 | | | |
| NER PRECIOUS METALS INC | 2019-08-21 | $128,938.88 | $12,893.89 | 9/2/2019 | $116,044.99 |
| NER PRECIOUS METALS INC | 2019-08-29 | $114,490.09 | $24,658.23 | 9/16/2019 | $319,090.52 |
| NER PRECIOUS METALS INC | 2019-08-29 | $114,627.56 | | | |
| NER PRECIOUS METALS INC | 2019-08-29 | $114,631.10 | | | |
| NER PRECIOUS METALS INC | 2019-09-04 | $113,687.69 | $58,327.91 | 9/20/2019 | $408,174.80 |
| NER PRECIOUS METALS INC | 2019-09-04 | $109,887.50 | | | |
| NER PRECIOUS METALS INC | 2019-09-04 | $128,453.36 | | | |
| NER PRECIOUS METALS INC | 2019-09-04 | $114,474.16 | | | |
| | | $1,168,630.13 | $118,824.01 | | $1,049,806.12 |
| CITY POCKET LOS ANGELES, INC. | 2019-09-23 | $114,270.02 | $68,416.44 | 9/29/2019 | $45,853.58 |
| CITY POCKET LOS ANGELES, INC. | 2019-09-23 | $114,468.26 | | | $114,468.26 |
| CITY POCKET LOS ANGELES, INC. | 2019-09-23 | $114,506.61 | | | $114,506.61 |
| CITY POCKET LOS ANGELES, INC. | 2019-09-23 | $112,864.64 | | | $112,864.64 |
| CITY POCKET LOS ANGELES, INC. | 2019-10-07 | $113,610.40 | $88,687.34 | 10/16/2019 | $24,923.06 |
| CITY POCKET LOS ANGELES, INC. | 2019-10-07 | $125,423.96 | | | $125,423.96 |
| CITY POCKET LOS ANGELES, INC. | 2019-10-07 | $111,085.20 | | | $111,085.20 |
| CITY POCKET LOS ANGELES, INC. | 2019-10-07 | $130,745.64 | | | $130,745.64 |
| CITY POCKET LOS ANGELES, INC. | 2019-10-07 | $112,789.71 | | | $112,789.71 |
| | | $1,049,764.44 | $157,103.78 | | $892,660.66 |