## COMMERCIAL IMVOICE 商业发票

### SHANGHAI XUANNI TECHNOLOGY CO., LTD

NO94 1296LANE JINGAO ROAD PUDONG NEW DISTRICT SHANGHAI

TO: B&F FEDELINI INC  
1301 S MAIN ST SUITE NO.224  
LOS ANGELES CA ZIP 90015  
1-424-2831756

Date 日期: 20190730  
Invoice No.发票号: PXN20190708  
Contract No.合同号:  
Total Pages 页数: 1

| Item No.序号 | Description of goods 货物描述 | Quantity 数量 | Unit 单位 | Unit price 单价 FOB Shanghai China(USD) | Amount 金额 |
|---|---|---|---|---|---|
| 1 | 针织染色布 | 19481.7 | kg | 5.9000 | 114942.03 |
| 2 |  |  |  |  |  |
| 3 |  |  |  |  |  |
| 4 |  |  |  |  |  |
| 5 |  |  |  | 合计TOTAL | 114942.03 |

(Red seal: 上海煊尼科技有限公司 报关专用章)

## COMMERCIAL IMVOICE 商业发票

### SHANGHAI XUANNI TECHNOLOGY CO., LTD

NO94 1296LANE JINGAO ROAD PUDONG NEW DISTRICT SHANGHAI

TO:  B&F FEDELINI INC  
1301 S MAIN ST SUITE NO.224  
LOS ANGELES CA ZIP 90015  
1-424-2831756

Date 日期: 20190821  
Invoice No.发票号: PXN20190708  
Contract No.合同号:  
Total Pages 页数: 1

| Item No.序号 | Description of goods 货物描述 | Quantity 数量 | Unit 单位 | Unit price 单价 | Amount 金额 FOB Shanghai China(USD) |
|---|---|---|---|---|---|
| 1 | 针织染色布 | 19491.6 | kg | 5.9000 | 115000.44 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| | | | | 合计 TOTAL | 115000.44 |

[Stamp: 上海宣尼科技有限公司 报关专用章]