FELIX T. WOO (CA SBN 208107)
fwoo@ftwlawgroup.com
FTW LAW GROUP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 335-3960
Facsimile: (213) 344-4498

Attorney for Plaintiff
SHANGHAI XUANNI TECHNOLOGY CO., LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI XUANNI TECHNOLOGY CO., LTD., a Chinese company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY POCKET LOS ANGELES, INC, a California corporation, MORAD MATIAN, a/k/a MORAD MATYAN, an individual, NER PRECIOUS METALS INC., a California corporation, PEDRAM SHAMEKH, an individual, B&F FEDELINI INC., a California corporation, and FARHAD SADIAN, a/k/a FRED SADIAN, an individual,<br><br>Defendants. | Case No. 2:20-cv-07467-AFM<br><br>**DECLARATION OF FELIX T. WOO IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS B&F FEDELINI INC. AND FARHAD SADIAN** |

Felix T. Woo declares as follows:

1. I am an attorney at law duly licensed to practice in the State of California and a member of the bar of this Court. I am lead counsel for Plaintiff in this action. I make this declaration on my own personal knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. At my instruction, process servers made service on Defendants B&F Fedelini Inc. and Farhad Sadian (also known as Fred Sadian) on September 1, 2020 with the Summons and First Amended Complaint in this case. Mr. Sadian was personally served, and B&F was served through Mr. Sadian, who is listed as the agent for service of process for B&F. Based on this service, I caused the proofs of service to be filed and they are reflected in the Docket for this case at entries 13 and 14.

3. B&F and Mr. Sadian's responses to the First Amended Complaint were due on September 22, 2020. No Answers or other responses have been filed nor has anyone contacted me on these defendants' behalf.

4. To be best of my knowledge, Mr. Sadian is not a minor or incompetent person.

5. To be best of my knowledge, Mr. Sadian is not currently in military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 27, 2021, in Los Angeles, California.

                                                /s/ Felix T. Woo