FELIX T. WOO (CA SBN 208107)
fwoo@ftwlawgroup.com
FTW LAW GROUP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
Telephone:   (213) 335-3960
Facsimile:    (213) 344-4498

Attorney for Plaintiff
SHANGHAI XUANNI TECHNOLOGY CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI XUANNI TECHNOLOGY CO., LTD., a Chinese company,<br><br>Plaintiff,<br><br>vs.<br><br>CITY POCKET LOS ANGELES, INC, a California corporation, MORAD MATIAN, a/k/a MORAD MATYAN, an individual, NER PRECIOUS METALS INC., a California corporation, PEDRAM SHAMEKH, an individual, B&F FEDELINI INC., a California corporation, FARHAD SADIAN, a/k/a FRED SADIAN, an individual, and ALMONT WILSHIRE, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:20-cv-07467-ODW<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT JUDGMENT AS TO THIRTEENTH CLAIM FOR RELIEF**<br><br>**DATE: NOVEMBER 14, 2022**<br>**TIME:  1:30 P.M.** |

TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON November 14, 2022, at 1:30 p.m., before the Honorable Otis D. Wright, located at the First Street Courthouse, 350 W. 1st Street, Los Angeles, CA, 90012, in Courtroom 5D, on the 5th Floor, plaintiff Shanghai Xuanni Technology Co., Ltd. ("SXT") will and hereby does, move for entry of default judgment as to both defendants Morad Matian and Almont Wilshire LLC against whom the Clerk has already entered default (Dkts. 53 and 58).

Plaintiff's claim against Morad Matian and Almont Wilshire under the Thirteenth Claim for Relief in the Second Amended Complaint seeks a declaration and finding that in response to this lawsuit and plaintiff SXT's attempts to enforce and collect on its claim against Mr. Matian and his company, City Pocket Los Angeles, that Mr. Matian made a voidable transfer of a real property he solely owned to Almont Wilshire LLC.  SXT alleges in the Second Amended Complaint that this transfer was made with an intent to hinder and delay SXT's collection efforts as to any judgment obtained against Mr. Matian.

This motion is made under Federal Rule of Civil Procedure 55, on the grounds that good cause exists to enter the judgment requested herein.  The Defaulting Defendants were served with process, the time for a response passed with no answer or appearance by them, and default was properly entered.

This Motion is based on this Notice of Motion, the Separately filed Memorandum in Support of Motion, the Declaration of Felix T. Woo, Request for Judicial Notice, as well as the records on file with the Court.

Dated:  October 5, 2022             FTW LAW GROUP

By: *Felix Woo*
FELIX T. WOO
Attorney for Plaintiff
SHANGHAI XUANNI
TECHNOLOGY CO., LTD.

- 1 -

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action. My business address is: ☒ 601 South Figueroa Street, Suite 1950, Los Angeles, CA 90017.

On October 5, 2022, I served the following documents described below on the interested parties in this action: **PLAINTIFF'S NOTICE OF MOTION; MOTION FOR DEFAULT JUDGMENT AS TO THIRTEENTH CLAIM FOR RELIEF; DECLARATION OF FELIX T. WOO; REQUEST FOR JUDICIAL NOTICE**

Morad Matian
137 S. Reeves Drive, # 405
Beverly Hills, CA 90212

☒ **(VIA MAIL)** I placed a true copy of the foregoing documents in an envelope addressed to each interested party as set forth above. I sealed each such envelope, and placed same, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service on this date.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 5, 2022, at Los Angeles, California.

_____
Felix T. Woo