UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-07467-ODW (AFMx) | Date | October 14, 2022 |
|---|---|---|---|
| Title | *Shanghai Xuanni Technology Co., Ltd. v. City Pocket Los Angeles, Inc., et al* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**  **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY [98][99]**

  On September 30, 2022, Defendant Morad Matian and Defendant Almont Wilshire LLC each filed a Motion to Substitute Attorney and Removal of Previous Counsel of Record. (Almont Mot., ECF No. 98; Matian Mot., ECF No. 99.) Almont seeks to substitute Attorney Michael J. Callon in place of Almont's now-disbarred Attorney Amid Bahadori. (*See* Almont Mot.) Matian seeks to substitute himself pro se in place of Bahadori. (Matian Mot.) Defendants were required to file formal noticed motions for this relief because former Attorney Bahadori "is nowhere to be found" and thus unavailable to consent to a simple substitution. (*See* Decl. Michael J. Callon ¶ 4, ECF No. 98.) The Court has carefully considered the papers filed in connection with the motions and finds the matters appropriate for decision without oral argument. Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15. Accordingly, the Court **VACATES** the hearing on October 31, 2022.

  Defendants noticed the hearing on both motions for October 31, 2022, meaning any opposition was due no later than October 7, 2022. *See* C.D. Cal. L.R. 7-9 (requiring any opposition to be filed no later than twenty-one days before the designated hearing date); Fed. R. Civ. P. 6(a)(1)(C) (computing time when the last day is a legal holiday). To date, the Court has not received any opposition to Matian's and Almont's motions, from Plaintiff or any other party. The Court deems this failure to timely oppose as "consent to the granting . . . of the motion[s]." C.D. Cal. L.R. 7-12.

     Accordingly, the Court hereby **GRANTS** the request of Defendant Almont to substitute retained counsel Michael J. Callon (SBN238431), 6262 Van Nuys Blvd., Unit A, Van Nuys, CA 91401, (818) 888-8333, legalexpresoffice@gmail.com, as attorney of record instead of Amid Bahadori (SBN 242351-disbarred).  (ECF No. 98.)

     Additionally, the Court **GRANTS** the request of Defendant Matian to substitute himself pro se, Morad Matian, 137 S. Reeves Drive #405, Beverly Hills, CA 90212, (213) 675-4353, moradmatian@gmail.com, as attorney of record instead of Amid Bahadori (SBN242351-disbarred).  (ECF No. 99.)

     The clerk shall terminate Notices of Electronic Filing for the withdrawing attorney, only as to Defendants Almont and Matian, in this case.

     **IT IS SO ORDERED.**

                                                                                                   :   00

Initials of Preparer    SE